**Motion Granted; Abatement Order filed December 11, 2014.**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-14-00706-CV**

_____

**ANGLO-DUTCH PETROLEUM INTERNATIONAL, INC., AND ANGLO-DUTCH (TENGE), LLC, Appellants/Cross-Appellees**

**V.**

**GREENBERG PEDEN, P.C., AND GERALD J. SWONKE,**
**Appellees/Cross-Appellants**

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2004-20712**

## ABATEMENT ORDER

Both the Anglo-Dutch parties and the Greenberg parties are appealing from a final judgment signed May 13, 2014. On December 8, 2014, the parties filed a joint motion for an extension of time to file their opening briefs, or alternatively, a request that the appeal be abated to permit the parties to pursue settlement discussions. We **GRANT** the alternative relief, vacate the current briefing

schedule, and order the appeal **ABATED** until **January 30, 2015.**

The appeal is abated, treated as a closed case, and removed from this court's active docket until January 30, 2015. The appeal will be reinstated on our active docket at that time, and the parties' opening briefs will be due January 30, 2015. If the parties reach a settlement agreement, the parties shall advise the court of the settlement as soon as practicable, and the appeal will be reinstated when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider a motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and McCally.